**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6838**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

MOHAMMAD ASHRAY MOHAMMAD-OMAR,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:07-cr-00425-CMH-3)

Submitted: August 26, 2010      Decided: September 7, 2010

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mohammad Ashray Mohammad-Omar, Appellant Pro Se. Steven Donald Mellin, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammad Ashray Mohammad-Omar appeals the district court's order denying his request for production of transcripts. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Mohammad-Omar, No. 1:07-cr-00425-CMH-3 (E.D. Va. May 27, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED